**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| NEXTGEAR CAPITAL, INC., | ) | CASE NO. 1:14-cv-203 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SELECT CAR COMPANY, INC.; | ) | |
| JAMES DONALD SANANGELO; | ) | |
| CHARLES D. ANTHONY; and | ) | |
| CLARENE ALLEN ANTHONY, | ) | |
| | ) | |
| Defendants. | ) | |

To the Clerk of this Court and all parties of record:

I hereby enter my appearance as counsel in this case for: Select Car Company, Inc., James Donald Sanangelo, Charles D. Anthony and Clarene Allen Anthony. I certify that I am admitted to practice in this court.

Date: <u>February 11, 2014</u>

    <u>s/ G. John Cento</u>
G. John Cento
No. 21571-49

CENTO LAW, LLC
The Emelie Building
334 North Senate Avenue
<u>Indianapolis, IN  46204     </u>
*Address*

<u>(317) 908-0678         </u>
*Phone Number*

<u>                       </u>
*Facsimile*

<u>cento@centolaw.com    </u>
*e-mail address*