UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | Case No. 1:14-cv-00203-WTL-DKL |
| Plaintiff, | Jury Demanded |
| v. | |
| SELECT CAR COMPANY, INC.; JAMES DONALD SANANGELO; CHARLES D. ANTHONY; and CLARENE ALLEN ANTHONY, | |
| Defendants. | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO FILE RESPONSIVE PLEADING**

Defendants Select Car Company, Inc., James Donald Sanangelo, Charles D. Anthony and Clarene Allen Anthony, respectfully request an enlargement of time of fourteen (14) days to file their responsive pleadings to the Plaintiff's Complaint. In support of this Motion Defendants state as follows:

1. Defendants' responsive pleadings to Plaintiff's Complaint are currently due by February 17, 2014.

2. The responsive pleading deadline has not previously been extended and Defendants are requesting an extension of less than twenty-eight (28) days.

3. The requested extension does not interfere with the Case Management Plan, scheduled hearings, or other case deadlines.

4. Defendants seek this extension in order to gather additional information necessary to prepare and file a responsive pleading.

5. Counsel for Defendants conferred with Plaintiff's counsel on February 17, 2014, and requested a fourteen (14) day extension of time to permit Defendants the opportunity to

gather and information and prepare and file a responsive pleading. Plaintiff's counsel agreed to Defendants' request and does not oppose this Motion.

WHEREFORE Defendants Select Car Company, Inc., James Donald Sanangelo, Charles D. Anthony and Clarene Allen Anthony, pray that this unopposed motion be granted and that Defendants deadline to file their responsive pleadings be extended to and including March 3, 2014.

Respectfully submitted,

 s/ G. John Cento
G. John Cento
Cento Law, LLC
The Emelie Building
334 North Senate Avenue
Indianapolis, Indiana 46204
(317) 908-0678
cento@centolaw.com

David A. Szwak, LBR# 21157
416 Travis St., Ste. 1404
Mid South Towers
Shreveport, Louisiana 71101
(318) 424-1400
Fax    221-6555

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing has been served upon all counsel, as noted below, by placing a copy of same in the United States Mail, properly addressed and first class postage pre-paid, on this the 20th day of February, 2014.

Gary Hoke
Michael Gibson
1320 City Center Dr., Suite 100
Carmel, Indiana   46032
(317) 571-3849
Fax   571-3737
Attorneys for Plaintiff

Clerk of Court
Hamilton County Courts, County of Hamilton, Indiana
One Hamilton County Square, Suite 106
Noblesville, Indiana 46060

                                            *s/ G. John Cento*
                                            G. John Cento