UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | Case No. 1:14-cv-00203-WTL-DKL |
| Plaintiff, | Jury Demanded |
| v. | |
| SELECT CAR COMPANY, INC.; JAMES DONALD SANANGELO; CHARLES D. ANTHONY; and CLARENE ALLEN ANTHONY, | |
| Defendants. | |

**ORDER ON UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO FILE RESPONSIVE PLEADING**

Defendants Select Car Company, Inc., James Donald Sanangelo, Charles D. Anthony and Clarene Allen Anthony, by counsel, having moved the Court to extend the date by which Defendants must file their responsive pleadings to Plaintiff's Complaint, and the Court, having examined said Motion and being duly advised in the premises, now finds that said Motion is meritorious and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendants' deadline to respond to Plaintiff's Complaint is hereby extended through and including March 3, 2014.

_____        _____
Date                                                    Judge, United State District Court
                                                             Southern District of Indiana

Service is being made electronically on all
ECF-registered counsel of record via email
generated by the court's ECF system.