UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

NEXTGEAR CAPITAL, INC.  CIVIL ACTION NO.
  1:14-cv-00203-WTL-DKL
VERSUS

SELECT CAR COMPANY, INC., JAMES
DONALD SANANGELO, CHARLES D.
ANTHONY, and CLARENE ALLEN
ANTHONY  JURY DEMANDED

**ORDER ON MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, IMPROPER VENUE OR, ALTERNATIVELY, FOR TRANSFER OF ACTION PER 28 U.S.C. 1404[a]**

CONSIDERING THE FOREGOING MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, IMPROPER VENUE OR, ALTERNATIVELY, FOR TRANSFER OF ACTION PER 28 U.S.C. 1404[a], DEFENDANTS' AFFIDAVITS ATTACHED THERETO, ANY OPPOSITION OF PLAINTIFF, THE LAW AND ARGUMENT:

IT IS HEREBY ORDERED THAT Defendants' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, IMPROPER VENUE OR, ALTERNATIVELY, FOR TRANSFER OF ACTION PER 28 U.S.C. 1404[a] MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, IMPROPER VENUE OR, ALTERNATIVELY, FOR TRANSFER OF ACTION PER 28 U.S.C. 1404[a] is GRANTED and this court lacked personal jurisdiction over defendants. IT IS HEREBY ORDERED THAT this Action is dismissed.

Indianapolis, Indiana, this the _____ day of _____, 2014.

_____
**DISTRICT JUDGE**