UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

NEXTGEAR CAPITAL, INC.          CIVIL ACTION NO.
                                                      1:14-cv-00203-WTL-DKL

VERSUS

SELECT CAR COMPANY, INC., JAMES
DONALD SANANGELO, CHARLES D.
ANTHONY, and CLARENE ALLEN
ANTHONY                                  <u>JURY DEMANDED</u>

<u>**ORDER ON MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION,
IMPROPER VENUE OR, ALTERNATIVELY, FOR TRANSFER
OF ACTION PER 28 U.S.C. 1404[a]**</u>

CONSIDERING THE FOREGOING MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, IMPROPER VENUE OR, ALTERNATIVELY, FOR TRANSFER OF ACTION PER 28 U.S.C. 1404[a], DEFENDANTS' AFFIDAVITS ATTACHED THERETO, ANY OPPOSITION OF PLAINTIFF, THE LAW AND ARGUMENT:

       IT IS HEREBY ORDERED THAT Defendants' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, IMPROPER VENUE OR, ALTERNATIVELY, FOR TRANSFER OF ACTION PER 28 U.S.C. 1404[a] MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, IMPROPER VENUE OR, ALTERNATIVELY, FOR TRANSFER OF ACTION PER 28 U.S.C. 1404[a] is GRANTED and venue in this court is improper. IT IS HEREBY ORDERED THAT this Action is dismissed.

       Indianapolis, Indiana, this the ____ day of _____, 2014.

                                                       _____
                                                       **DISTRICT JUDGE**