UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. | CIVIL ACTION NO. |
| | 1:14-cv-00203-WTL-DKL |
| VERSUS | |
| | |
| SELECT CAR COMPANY, INC., JAMES DONALD SANANGELO, CHARLES D. ANTHONY, and CLARENE ALLEN ANTHONY | JURY DEMANDED |

**ORDER ON MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, IMPROPER VENUE OR, ALTERNATIVELY, FOR TRANSFER OF ACTION PER 28 U.S.C. 1404[a]**

CONSIDERING THE FOREGOING MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, IMPROPER VENUE OR, ALTERNATIVELY, FOR TRANSFER OF ACTION PER 28 U.S.C. 1404[a], DEFENDANTS' AFFIDAVITS ATTACHED THERETO, ANY OPPOSITION OF PLAINTIFF, THE LAW AND ARGUMENT:

IT IS HEREBY ORDERED THAT Defendants' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, IMPROPER VENUE OR, ALTERNATIVELY, FOR TRANSFER OF ACTION PER 28 U.S.C. 1404[a] MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, IMPROPER VENUE OR, ALTERNATIVELY, FOR TRANSFER OF ACTION PER 28 U.S.C. 1404[a] is GRANTED and venue in this court is proper however a transfer of this Action is proper. IT IS HEREBY ORDERED THAT this Action is transferred to the Western District of Louisiana, Shreveport Division.

Indianapolis, Indiana, this the ____ day of _____, 2014.

_____
**DISTRICT JUDGE**