UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 1:14-cv-00203-WTL-DKL |
| ) | |
| SELECT CAR COMPANY INC., ) | |
| JAMES DONALD SANANGELO, ) | |
| CHARLES D. ANTHONY, and ) | |
| CLARENE ALLEN ANTHONY, ) | |
| ) | |
| Defendants. ) | |

## ORDER SUSTAINING PLAINTIFF'S OBJECTION AND DENYING DEFENDANTS' MOTION TO DISMISS

This matter came before the Court on the Motion to Dismiss for Lack of Personal Jurisdiction, Improper Venue or, Alternatively, For Transfer of Action Per 28 U.S.C 1404(a) (the "Motion") filed by defendants Select Car Company Inc. ("Dealer"), James Donald Sanangelo ("Sanangelo"), Charles D. Anthony ("C.D. Anthony") and Clarene Allen Anthony ("C.A. Anthony" and together with Dealer, Sanangelo and C.D. Anthony, the "Defendants") on or about March 3, 2014, and the objection to the Motion (the "Objection") filed by plaintiff NextGear Capital, Inc. ("Plaintiff").  After giving due consideration to the Motion and the Objection, the Court now FINDS that Plaintiff's Objection should be and hereby is SUSTAINED.  Specifically, the Court finds:

 1. That the Court has both personal jurisdiction and subject-matter jurisdiction in this case over Plaintiff and all Defendants; and

 2. That this Court is the proper venue for this action.

IT IS THEREFORE ORDERED that Defendants's Motion should be and hereby is DENIED in its entirety.

Date: _____   _____
                                      District Judge

**Distribution:**

All Counsel of Record via ECF system email.