UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. | CIVIL ACTION NO. |
| | 1:14-cv-00203-WTL-DKL |
| VERSUS | |
| SELECT CAR COMPANY, INC., JAMES DONALD SANANGELO, CHARLES D. ANTHONY, and CLARENE ALLEN ANTHONY | JURY DEMANDED |

### NOTICE OF APPEARANCE AS CO-COUNSEL OF RECORD FOR DEFENDANTS

To the Clerk of this Court and all parties of record:

I, David A. Szwak, hereby enter my appearance as counsel in this case for: Select Car Company, Inc., James Donald Sanangelo, Charles D. Anthony and Clarene Allen Anthony. I certify that I am admitted to practice in this court. I was admitted to practice before this Honorable Court on March 14, 2014.

Respectfully submitted,

**BODENHEIMER, JONES & SZWAK, LLC**

/s/ David A. Szwak
By:_____
**David A. Szwak, LBR# 21157**
416 Travis St., Ste. 1404
Mid South Towers
Shreveport, Louisiana 71101
[318] 424-1400
Fax    221-6555
**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the above and foregoing has been served upon all counsel, as noted below, by ECF and by first class mail properly addressed and stamped, on this the 11th day of April, 2014.

Gary Hoke
Michael Gibson
1320 City Center Dr., Suite 100
Carmel, Indiana   46032
[317] 571-3849
Fax   571-3737
Attorneys for Plaintiff

        /s/ David A. Szwak
        _____
        **DAVID A. SZWAK**