UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:14-cv-00203-WTL-DKL |
| | ) |
| SELECT CAR COMPANY, INC., | ) |
| DONALD SANANGELO, | ) |
| CHARLES D. ANTHONY, AND | ) |
| CLARENE ALLEN ANTHONY, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter the appearance of Christopher M. Trapp as counsel in this case for Plaintiff, with the following contact information:

> Christopher M. Trapp (#27367-53)
> 1320 City Center Drive, Suite 100
> Carmel, IN 46032
> Phone: (317) 571-3736
> Fax: (317) 571-3737
> ctrapp@nextgearcapital.com

Respectfully submitted,

Date:  May 28, 2014

/s/ Christopher M. Trapp
Christopher M. Trapp (#27367-53)
1320 City Center Drive, Suite 100
Carmel, IN 46032
Telephone: (317) 571-3849
Fax:  (317) 571-3737
E-mail:  ctrapp@nextgearcapital.com
*Attorneys for Plaintiff*

<u>CERTIFICATE OF SERVICE</u>

   The foregoing has been filed with the Court via ECF and will be distributed to all ECF-registered counsel of record via ECF email, this 28th day of May, 2014.

G. John Cento
Cento Law, LLC
cento@centolaw.com

David A. Szwak
Bodenheimer, Jones & Szwak, LLC
bjsatty@bellsouth.net

                <u>/s/ Christopher M. Trapp</u>
                Christopher M. Trapp