UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 1:14-cv-00203-WTL-DKL |
| | ) |
| SELECT CAR COMPANY, INC., | ) |
| JAMES DONALD SANANGELO, | ) |
| CHARLES D. ANTHONY, | ) |
| CLARENE ALLEN ANTHONY, | ) |
| | ) |
| Defendants. | ) |

### ENTRY FROM INITIAL PRE-TRIAL CONFERENCE
### MAY 28, 2014
### HON. DENISE K. LARUE, MAGISTRATE JUDGE

Parties appeared for an initial pre-trial conference. A discussion was held regarding discovery, settlement, case management plan ("CMP") and related matters. The CMP is held in abeyance until ruling issues on the *Motion for Remand* [Dkt. 13]. The conference concluded without further order.

Date: 06/16/2014

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution:

David Szwak
BODENHEIMER, JONES, & SZWAK, LLC
bjks1507@aol.com

G. John Cento
CENTO LAW LLC
cento@centolaw.com

Christopher M. Trapp
NEXTGEAR CAPITAL, INC.
ctrapp@nextgearcapital.com

Gary M. Hoke
NEXTGEAR CAPITAL, INC.
ghoke@nextgearcapital.com

Michael G Gibson
NEXTGEAR CAPITAL, INC.
michael.gibson@nextgearcapital.com