# UNITED STATES DISTRICT COURT

## Southern District of Indiana

*Laura A. Briggs*

*Clerk of the Court*

| | |
|---|---|
| *46 East Ohio Street, Room 105* | *101 Northwest MLK Boulevard* |
| *Indianapolis, Indiana* | *Evansville, Indiana* |
| *46204* | *47708* |
| *921 Ohio Street* | *121 West Spring Street* |
| *Terre Haute, Indiana* | *New Albany, Indiana* |
| *47807* | *47150* |

July 18, 2014

Clerk of the Hamilton County Court
1 Hamilton County Square
Noblesville, IN 46060

      Re: NEXTGEAR CAPITAL, INC. v. SELECT CAR COMPANY, INC. et al
      Cause Number: 1:14–cv–00203–WTL–DKL
      Your Cause Number: 29D011401CC411

Dear Clerk:

    Pursuant to Court order dated July 18, 2014, the above file is remanded to the Hamilton County Court.

    Enclosed are copies of all documents filed in this cause since the petition for removal was filed on February 11, 2014. Also enclosed are certified copies of the docket and order of remand.

    Please acknowledge receipt of the file by returning the enclosed copy of this letter to the undersigned.

                        Sincerely,

                        Laura A. Briggs, Clerk

                        By: s/Sheryl Winstead–Miller
                        Sheryl Winstead–Miller, Deputy Clerk

Received by:_____Date:_____